**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

MYRA DANETTE HENDRIX PHILLIPS,  )
                                 )
        Plaintiff,             )
                                 )
        v.                  )   CIVIL ACTION NO.: CV511-010
                                 )
                                 )
MICHAEL J. ASTRUE,           )
Commissioner of Social Security,  )
                                 )
        Defendant.        )

## <u>O R D E R</u>

After an independent review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Plaintiff Myra Phillips ("Plaintiff") disagrees with the Magistrate Judge's determinations as to the three (3) enumerations of error set forth in her Brief. It appears Plaintiff desires the Court to reweigh the evidence and/or decide the facts in her favor. As Plaintiff is aware and as noted by the Magistrate Judge, this Court's role is to determine whether the Administrative Law Judge's findings are supported by substantial evidence and are based on the correct legal standards. The Magistrate Judge clearly was guided by these strictures in recommending that the decision of the Commissioner be affirmed.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are **overruled**   The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.   The decision of the Commissioner is **AFFIRMED**.   The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _____ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)